UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| RICHARD R., | Case No. 22-CV-2586 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

---

Bryan Konoski, KONOSKI & PARTNERS, P.C., for plaintiff.

Linda H. Green, SOCIAL SECURITY ADMINISTRATION, for defendant.

Plaintiff Richard R. brought this action to challenge the decision of the Commissioner of Social Security (the "Commissioner") to deny his application for disability benefits. This matter is before the Court on Richard's objection to the June 6, 2023 Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois. Judge Brisbois recommends granting the Commissioner's motion for summary judgment and denying Richard's request for relief. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court agrees with Judge Brisbois that the Administrative Law Judge ("ALJ") did not erroneously defer to a medical expert and the ALJ's decision is supported by substantial

evidence. The Court therefore overrules Richard's objection and adopts Judge Brisbois's thorough and careful R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court OVERRULES Richard's objection [ECF No. 19] and ADOPTS Judge Brisbois's R&R [ECF No. 18]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's request for relief [ECF No. 12] is DENIED.

2. Defendant's motion for summary judgment [ECF No. 14] is GRANTED.

3. Plaintiff's complaint [ECF No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 19, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court